**98–1281.   Weinberger v. Weinberger.**
Hamilton App. No. C–970552.   This cause is pending before the court as a discretionary appeal and cross-appeal.   On July 29, 1998, appellee/cross-appellant filed a memorandum in support of jurisdiction of cross-appeal and in response to appellant/cross-appellee's memorandum, which was due July 27, 1998.   Whereas S.Ct.Prac.R. XIV(1)(C) prohibits the filing of a document after the filing deadline has passed,

IT IS ORDERED by the court, *sua sponte*, that appellee/cross-appellant's combined memorandum be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte*, that the cross-appeal of Barrett Weinberger be, and hereby is, dismissed.

The appeal of Cathy F. Weinberger remains pending.

**98–1475.   State v. Hartman.**
Summit App. No. CR97091987.   This cause is pending before the court as an appeal from the Court of Common Pleas of Summit County.   Upon consideration of appellant's motion for stay pending disposition of this appeal and appeal to the United States Supreme Court,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted to the extent that a stay, pending disposition of this appeal and further order of this court, is granted.

**98–1698.   State ex rel. Stoots v. Fisher.**
In Mandamus.   This cause originated in this court on the filing of a complaint for a writ of mandamus regarding an expedited election matter.   Upon consideration of relators' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.